[No. 55374-7-I.   Division One.   November 28, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. GORDON DAVID BERGSTROM, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-05779-3, John P. Erlick, J., entered November 17, 2004. *Affirmed in part* and *remanded* by unpublished opinion per Coleman, J., concurred in by Cox, C.J., and Schindler, J.

[No. 55419-1-I.   Division One.   November 28, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES RICHARD HILLS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-10807-8, Douglass A. North, J., entered December 6, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 55460-3-I.   Division One.   November 28, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. Z.C.T., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-8-01505-9, Steven G. Scott, J., entered December 30, 2004. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Grosse and Ellington, JJ.

[No. 55496-4-I.   Division One.   November 28, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. K.S., *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 03-8-00605-8, Steven J. Mura, J., entered December 14, 2004. *Remanded* by unpublished per curiam opinion.